IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **DOUGLAS E. SMITH,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. SA-06-CA-0433-FB |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| Defendant. | § | |

## *ORDER AND ADVISORY*

The Court has reviewed the file in the above styled and numbered cause and finds that the deadline for the filing of dispositive motions expired on September 24, 2007, no motions are pending, and the last activity occurred in this case on July 12, 2007, when the United States filed Defendant's Designation of Witnesses, Experts, and Exhibits (docket #19).  At this juncture, it is the ususal practice of this Court to inquire whether the parties may be able to resolve their differences short of a trial.

Accordingly, IT IS HEREBY ORDERED that the parties file a joint advisory with the Court on or before February 22, 2008, advising of the status of the case.  Should the parties need additional time to evaluate the case, the status report should include a request for extension of time.  Any requested extension, however, should be limited to sixty days.

It is so ORDERED.

SIGNED this 1st day of February, 2008.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE